# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID MAHON, AN INDIVIDUAL; INTELLECTUAL PROPERTIES HOLDING, LLC, A NEVADA LIMITED LIABILITY COMPANY; FULL COLOR GAMES, LLC, A NEVADA LIMITED LIABILITY COMPANY; FULL COLOR GAMES, N.A., INC., A NEVADA CORPORATION; JACKPOT PRODUCTIONS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND FULL COLOR GAMES, INC., A NEVADA CORPORATION,
                                    Appellants,
vs.
SPIN GAMES, LLC, A NEVADA LIMITED LIABILITY COMPANY; KENT YOUNG, AN INDIVIDUAL; KUNAL MISHRA, AN INDIVIDUAL; AND BRAGG GAMING GROUP, LTD.,
                                    Respondents.

No. 84335

FILED

AUG 2 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

22-26478

cc:   Hon. Mark R. Denton, District Judge
John Walter Boyer, Settlement Judge
Hogan Hulet PLLC
Hutchison & Steffen, LLC/Las Vegas
Dickinson Wright PLLC
McDonald Carano LLP/Las Vegas
Eighth District Court Clerk